IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MELVIN L. OLLISON, JR.**                                                                                   **PLAINTIFF**
**ADC #501200**

v.                                            No: 4:24-cv-00526-BRW

**DARRYL JAMES, JR.,** *et al.*                                                                           **DEFENDANTS**

### ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris and Plaintiff's objections (Doc. Nos. 10, 11). After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, Plaintiff's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

I recommend for future jurists that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g).

Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

IT IS SO ORDERED this 9th day of September, 2024.


Billy Roy Wilson
UNITED STATES DISTRICT JUDGE